PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ramona Tiburcio                           Cr.:07-00066-001

Name of Sentencing Judicial Officer: John E. Jones, III, USDJ - Middle District of Pennsylvania. On 01/24/07, jurisdiction was transferred to New Jersey and assigned to Susan B. Wigenton, USDJ.

Date of Original Sentence: 08/29/06

Original Offense: Access Device Fraud

Original Sentence: 24 months probation

Type of Supervision: Probation                              Date Supervision Commenced: 08/29/06

## PETITIONING THE COURT

[ ]  To extend the term of supervision for       Years, for a total term of       Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to her residence for a period of 2 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. **The costs of electronic monitoring, specifically $3.26 per day, is waived.**

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

PROB 12B - Page 2
Ramona Tiburcio

## CAUSE

The offender tested positive for marijuana on four occasions as follows: September 5, 2006; September 13, 206; October 31, 2006; January 18, 2007.

The offender tested positive for PCP on January 25, 2007 and February 1, 2007.

The offender failed to comply with drug treatment as directed and was subsequently unsatisfactorily discharged from Straight & Narrow.

Offender advised that she experiences depression and anxiety; however, she has failed to pursue treatment as directed.

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date:  03/05/07

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

March 12, 2007
_____
Date