PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ramona Tiburcio                           Cr.: 07-CR-00066-001

Name of Sentencing Judicial Officer: John E. Jones, III, USDJ, Middle District of Pennsylvania

Transfer of Jurisdiction to New Jersey: 01/24/07

Name of Assigned Judicial Officer: Susan B. Wigenton, USDJ

Date of Original Sentence: 08/29/06

**Date of Violation of Probation**: 06/26/07

Original Offense: Access Device Fraud

Original Sentence: 2 years probation, DNA testing, $100 special assessment

**Sentence on Violation of Probation**: Probation extended one year; all previously imposed standard and special conditions reinstated and the addition of maintaining employment and/or attending school.

Type of Supervision: Probation                             Date Supervision Commenced: 08/29/06

Assistant U.S. Attorney: Jacob Elberg                      Defense Attorney: David Holman, AFPD

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1

    The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

    On August 13, 2007, Tiburcio tested positive for cocaine. In addition, she tested positive for codeine/morphine on July 10, 2007; July 17, 2007; August 13, 2007; August 28, 2007; September 4, 2007; September 5, 2007; September 28, 2007; and October 2, 2007; however, she provided a prescription for Tylenol with codeine.

    The offender has also not reported to North East Life Skills for random drug testing as scheduled on the following dates: August 1, 2007; August 28, 2007; September 17, 2007; and October 24, 2007.

PROB 12C - Page 2
Ramona Tiburcio

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

By: Denise Morales
U.S. Probation Officer
Date: 11/01/07

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: 11/20/07 - 10:00
[ ] The Issuance of a Warrant
[ ] No Action

*[signature]*
Signature of Judicial Officer

Nov. 7, 2007
Date